NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHYLISS D. HARBERT,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7044

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2037, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Phyliss D. Harbert moves to withdraw her appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw the appeal is granted. The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

__JAN 3 0 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

JAN 3 0 2012

JAN HORBALY
CLERK

cc:  Phyliss D. Harbert
     Jeanne E. Davidson, Esq.

s21

Issued As A Mandate:  __JAN 3 0 2012__